Recording Requested by
**Stephanie Ashley,**
When Recorded Mail to:
Stephanie Ashley
7107 Broadway ave. #101
Lemon Grove, CA 91945

FILED
07 DEC 11 PM 2:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

'07 CV 2319 JM LSP

Space above this line for Recorder use only

CRIMINAL COMPLAINT
Alien Tort Claim Act
Affidavit of Obligation/ Truth
"True Bill in Commerce" By the
Petitioner, Stephanie Ashley,

Felony, High Crimes and Racketeering Influenced
and Corrupt Organization
18 USC (RICO)

A) Violation of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C., section 1635a and Title 12 CFR 226.23(d)(i).

B) Yanamoto V. The Bank of New York, 329 f3d 1167, 2003: a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

**TO: Hon. Bill Lockyer**
**Attorney General**
**1300 I Street, 17th Floor**
**Sacramento, California 95814**

C) Violation of Federal Civil Rights Act of 1871 and Title 12, 1983, 1984, 1986 Equal protection and Due process of Law, Racial Discrimination Minority Home Owner/ Target For Predatory Loans and further violation of Title 5-556d Government employees displaying of the burden of proof or dismissal of action is the evidence of want of Jurisdiction (18 United States Code 4 Federal Rules of Criminal Procedure, Rule 3.

D) Violation/ Invasion of the Emergency Bankruptcy of 1933/ House Joint Resolution 192/ the Bankruptcy Reform Act of 1978

E) Violation of Federal Civil Rights Act of 1871 and Title 12, 1983, 1984, 1986 Equal protection and Due process of Law, and further violation of Title 5-556d Government employees displaying of the burden of proof or dismissal of action is the evidence of want of Jurisdiction (18 United States Code 4 Federal

Rules of Criminal Procedure, Rule 3.

F) Request for a Grand Jury investigation/ indictment.

**THIS CRIMINAL COMPLAINT AND AFFIDAVIT OF INFORMATION/ TRUE BILL DOES NOT ARISE FROM THE SUBJECT MATTER OF ANY PREVIOUS DISPUTES IN CLASS ACTION / JOINDER WITH THE NAAACP IN BEHALF OF THE GENERAL PUBLIC AT LARGE FOR DISCRIMNATION OF HOME OWNER WHO ARE MINORITIES THAT WERE TARGETED FOR PREDATORY LOANS, ETC.**
**Affidavit of Information/ True B ill"**

**Affidavit of Information/ Affidavit of Obligation (Affidavit of Truth) "True Bill in Commerce" in support of a Criminal Complaint.**

I, Stephanie Ashley, the Complainant/ Affiant in the instant matter, am reporting, by Affidavit of obligation, and am giving ( CAVEAT /Public Notice the General Public at Large are in Jeopardy due to Quiet War Being Declare by Lender who Allege to be International Banker who are Collecting in Bankruptcy of 1933/ and Practice of **Racial Discrimination Minority Home Owner/ Target For Predatory Loans which the National Bank Act of 1863/ Article 1 section 10 , of the Constitution for the united States of America Prohibits Emit of Letter of Credit** ) to this office of the United States Attorney, and believed to be the Competent authorities to which knowledge of criminal action should be reported. This "True Bill in Commerce" Affidavit of Obligation is pursuant to 18 United States Code Section 4 (18 USC 4), the Federal Rules of Criminal Procedure, Rule 3, Title 18 (18 USC) Section 4 States:

"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals, and does not as soon as possible make known, the same to some Judge or other person in civil or Military authority under the United States, shall be fined not more than $500.00 or imprisoned not more than three years, or both."

Federal Rules of Criminal Procedure Rule 3 States:

"The complaint is a written statement of the essential fact constituting the offense charged. It

shall be made upon oath, before a magistrate."

In order for a crime to exist, four elements must exist. First there must be a clearly defined crime or criminal action. Second, there must be a victim. Third, that the victim must have been damaged or injured, and fourth, the criminal intent must be established on the part of the accused. Without proof of all four elements, no action can be considered criminal.

In this matter the complainant affiant is the victim, the Commercial Affidavit has set forth the complained issues and this criminal complaint defines the crimes, verifies the actual damages, and the intent was established by proof that the accused OCWEN LOAN SERVICE, SELECT PORTFOLIO SERVICE, AND NEW CENTURY MORTGAGE, FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE, failed to give full disclosure according to the Truth in Lending Act, Regulation Z.

**PARTIES OF INTEREST**

Petitioner at all times mentioned is Stephanie Ashley.

Respondent at all times mentioned is 1) The CEO of OCWEN LOAN SERVICE, SELECT PORTFOLIO SERVICE, and NEW CENTURY MORTGAGE, FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE, 2) Attorney at Law John M. White
3) SUPERIOR COURT COMMISSIONER A RIEMER AND CHIEF CLERK OF THE COURT DOES 1-47

**Statement of Cause**

The Secured Party Stephanie Ashley, attests and Declared I Currently filed a Quiet Title In the United States District and Joinder of State Court Claim to the Federal Claim Not as a

Mean for Delay, I Demand for a Jury Trial in a Article 3 Court Proceeding, only not a Article 2 Court Proceeding, for the 7th Amendment mention only under the rule of the Common Law is the Governing law and Not Maritime Law, I Stephanie Ashley has further Reason to Believe that state Court Chief Clerk of the Court/ Commissioner A. Riemer under color of office and state Law, wish to Continue a Maritime Jury wherefore, Bar the U.S. Constitution and Equal Protection and Due Process of Law, and a Conventional Victory for the Respondents who Falsely Declared to be International Creditors, and without a Judgment from the United States District Court to Cover up the Racial Discriminations Target of Minority Home Owner, and the Outrageous and Unethical Business Practice of a Insolvent Financial Institutions / Respondents Falsely Declaring to be International Banker Collecting on debt of the Bankruptcy of 1933 or a debt / letter of Credit as definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

   The Secured Party, Stephanie Ashley is further informed that it is the responsibility of the lender (creditor) SELECT PORTFOLIO SERVICE, OCWEN LOAN SERVICE, AND NEW CENTURY MORTGAGE, FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE, to give full disclosure of contract and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; "no state shall enter into any treaty, alliance, or confederation, grant letter

of marque and reprisal, coin money, emit bills of credit..." And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.

The affirmative fact is that the defendant, SELECT PORTFOLIO SERVICE, OCWEN LOAN SERVICE, AND NEW CENTURY MORTGAGE FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE, and cohorts, also failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also was not disclosed to the plaintiff that all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.

The Secured Party, Stephanie Ashley, further has reason to believe this operation under the color of authority by SELECT PORTFOLIO SERVICE, OCWEN LOAN SERVICE, AND

NEW CENTURY MORTGAGE, FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE, is a direct violation of the Constitution for the United States of America, also the U.S. Federal Constitution, which prohibits Bill of credit, and authenticates securities of the United States and defer payment with the people and the general public at large. The Secured Party, Stephanie Ashley, in her own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a special grand jury investigation of the RICO allegation/ criminal elements.

## STATEMENT OF FACTS

The Affirmative Fact Superior Court Chief Clerk of the Court , and Presiding Administrative Judge / Commissioner Barry A Riemer  Knew or should have Know that Malfeasant Allege Attorney at Law 1) Has No Standing to Filed a Unlawful Detainer without  First Being Awarded a Quiet Title Judgment in the Federal United States District Court 2#  California State Commissioner Never issue a License to Practice Law  as a Attorney at Law in behalf of a Fictitious Plaintiff  in a Contempt of Court Proceeding against a Real Party, in the state of California , nor in the 50 states ,etc

I Stephanie Ashley, Lien Claimant an Individual Acting Private Attorney General / **foreign state National** attests and Declare All CEO/ Defendant's willfully, Knowingly, failure to give full Disclosure of (**Identified  themselves as International Banker** )Pursuant to **Freedom of**

**Information Act** the **Right to Challenge The Creditor Give a Caveat Public Actual And Constructive Notice** to come out of Hiding and **Give Full Disclosure Pursuant to the Freedom of Information Act, What is Public Policy** and how did the CEO OF SELECT PORTFOLIO SERVICE, OCWEN LOAN SERVICE, AND NEW CENTURY MORTGAGE, FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE **Under What Executive Order How did you become Creditor's aka Known as International Banker,** and Can further Produce Document's, wherefore Personal Debt is Established a loan (deed of Trust/Mortgage) Whereby showing **the foreign State National Stephanie Ashley, Knowingly, willing and Voluntarily Promise to pay any U.S. Corporate Bankruptcy obligation made in the 1930.**

Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any

Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days).
  Further definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.
  The Stephanie Ashley Foreign State National/ Non- Federal Employee is further informed that it is the responsibility of the lender (creditor) CEO OF SELECT PORTFOLIO SERVICE, OCWEN LOAN SERVICE, AND NEW CENTURY MORTGAGE, FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE to give full disclosure of contract pursuant to the **Freedom of Information Act** and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit..."** And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.

  **CAVEAT notice** to : Jerome Daly v. First National Bank of Montgomery, Minn., **Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.**

  The Secured Party, Stephanie Ashley,, further has reason to believe this operation under the color of authority by the CEO OF SELECT PORTFOLIO SERVICE, OCWEN LOAN SERVICE, AND NEW CENTURY MORTGAGE, FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE .is in direct violation of the Constitution for the united States of America, also the International Protocol (United Nations Convention on International Bills of Exchange and International Promissory Notes, and the U.S. Federal

Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large. The Secured Party, **Stephanie Ashley,/** Non-Joint tenant, in her own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a **special well informed grand jury of the rules of the Common Law/ Article III Court Proceeding/ International Protocol/ treaties of the United Nations Convention on International Bills of Exchange and International Promissory Notes. Further investigation of Violation of the Securities and Exchange Commission Act of 1933 and 1934 the RICO allegation/ criminal elements.**

**CAVEAT Judicial Notice of How a Claim of Relief Can be Granted**
The Secured Party, **Stephanie Ashley,** gives **Judicial Notice to the United States District Court that relief can only be granted under her bond and Article III Court Proceeding under the rules of the Common Law, all rights reserved, waiver none ever to an Article II Maritime Court Extra territory proceeding. Further relief can be granted? A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933. B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code.
C) Under the Settlement agreement and the stipulations between the parties, Stephanie Ashley, and the** CEO OF SELECT PORTFOLIO SERVICE, OCWEN LOAN SERVICE, AND NEW CENTURY MORTGAGE, FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE. **and Third Parties Interference.**
Concerning Loan Number 38026365, The Three Entities Listed in the above as "respondents"

failed to give full disclosure according to the Truth in Lending Act, and due to the fact that Stephanie

Ashley has registered her UCC 1 with the Secretary of State and transmitted utilities to the Secretary of the

Treasury in Washington D.C. and tendered a secondary discharge of the loan with a bill of exchange for

1.5 million dollars, the named respondents have been threatening with continuing foreclosure and invading

Regulation Z and House Joint Resolution -192 and Emergency Bankruptcy of 1933. The Respondents

knew or should have known that President Roosevelt cancelled the Gold and Silver Certificates, meaning

there is no lawful means to tender a debt. The Respondents should have further known, pursuant to HJR-

192, that the U.S. and its citizens come under protection of HJR-192, the U.S. insurance policy.

Furthermore, under the color of state law and office, and due to unethical business practice and outrageous conduct, these malfeasant corporations listed above refused to sign 1) a proof of claim/ conditional acceptance for value, 2) a notice of fault and opportunity to cure, 3) Certificate of Non-response, and 4) a notice of default. Therefore the Respondents agree that there is no longer any existing debt. On or around May, 2006 payment was made to SELECT PORTFOLIO SERVICE, OCWEN LOAN SERVICE, AND NEW CENTURY MORTGAGE, FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE, and due to Stephanie Ashley exercising her rights to accept the debt for value and exchange her exemption for settlement and closure of the matter/ payment in full, and serve all parties, the three entities decided to go forward with threats of foreclosure of said property. The three respondents went forward also due to the fact that Ashley registered a UCC-1 financing statement with the Secretary of the State and transmitted utilities to the Secretary of the Treasury and notified all parties of his status. The Secured Party, Stephanie Ashley, spokesperson for the non-debtor corporation STEPHANIE ASHLEY, with UCC-1 Financial Statement with the Secretary of State, gave 72 hour notice to all parties of interest, of transmitting utilities (UCC-3) and through means of bill of exchange, "acceptance for value" and notice of rescission, due to failure to give full disclosure, for said amount of $1,500,000.00 (ONE MILLION FIVE HUNDRED THOUSAND DOLLARS) lawful money, which was sent to the Secretary of the Treasury for adjustment of my prepaid account under Public Policy HJR-192, Emergency Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the Supreme court to Congress, wherefore the Secured Party Reserves Right by Judicial Notice to all of that which is mentioned in the above of how a claim of relief can be granted. Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New

York, 329 f3d 1167; In 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

The respondent failed to respond within the 20 days as requested or cancel the transaction and return the property back (Rescission and Replevine). This information is for the California Attorney General and the Attorney General and if they feel that this information is not of any great importance please pass this information on to the United States Attorney for secondary opinion and the ultimate fact that Ashley has a list of over 20 people that wish to file a class action lawsuit against OCWEN LOAN SERVICE, SELECT PORTFOLIO SERVICE, and NEW CENTURY MORTGAGE. FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE, I, Stephanie Ashley, have further reason to believe that my equal protection and due process of law was violated by all malfeasant agents and I have exhausted all administrative and judicial remedies. Any judicial remedies or controversies over 20 dollars should be governed under the rules of the Common Law/ Emergency Bankruptcy of 1933, Bankruptcy Reform Act of 1978, and Title 11 Adversary proceeding. I, Stephanie Ashley, submit this in request for a U.S. Grand Jury investigation/ indictment.

Domestic Mixed War- a mixed war is one which is made on one side of public authority, and the other by mere private person, (Black's Law Dictionary 5th Ed. Page 1420). War does not exist merely because of an armed attack by Military forces of another nation until it is a condition recognized or accepted by political authority of Government, which is attacked either through an actual declaration of war or other acts demonstrating such, criminally under Title 18, Section 4, civilly under Title 42, Section 1983, 1985, 1986, position emphasis added: (Suaser V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp. 620, 621)

Mixed war is the disintegration of peace: Webster's states: "A State of hostility, conflict, or antagonism, a struggle between opposing forces," not necessarily open, violent, armed confrontations,

although a continued state of disrupted peace by any forced lead to open armed conflict.

Treason-

Treason is defined as the assault against the authority to which one owes allegiance. It is one of three specific crimes named in the United States Constitution. It requires that one commit an act of war against the Constitution or giving aid and comfort to an enemy, such clearly, action by government officer and such private officer who have privileged authority in Commerce by the Constitution, in specific connection to the above violation. Malfeasance of office along with violating their oath of office and in the related connected activities here in as listed below is nothing short of Treason.

Fraud-

Permitting shown and demonstrated acts of fraud and actively participating in a scheming conspiracy of untruths and misrepresentation to deceive those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith with such fraud was shown (Cal. Penal Code sec. 532 18 USC 1001).

Conspiracy-

A confederation of two or more individuals who may not know each other but by their joint effort, commit some unlawful or criminal act.(Black's Law Dictionary). Multiple officials, agents, and other persons named properly noticed by the attached commercial affidavit and the CEO OCWEN LOAN SERVICE, SELECT PORTFOLIO SERVICE, and NEW CENTURY MORTGAGE FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE,) who under a color of official right and appearance and color of law, continued to perform such acts to continue to raise revenue by fraud and extortion, theft of exemption of Stephanie Ashley and the general public at large. (California Racketeering Act 18 USC 1961 et. Seq.)

Racketeering

Is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO) defines it as involving a host of patterned criminal actions that includes but is not limited to an act or threat of murder, kid napping, gambling, arson, and as in the instant case, robbery, bribery, extortion, Fraud, slavery, misrepresentation, etc..

The explanation of crimes above stem from other hidden crimes being forced upon the general public at large/ the People of this California Republic and the International Communities. Such Crimes and this Affidavit of Information, is registered in the overall context of the Bankruptcy of the United States the, District of Columbia) as per Jurisdiction set for In the U.S. Constitution Article 1, section 8, clause 17, and 18 and Article 4, Section 3, clause 2) the United States Bankruptcy is a direct result of the Federal Reserve act of Dec. 22, 1913, in which the delegated authority of Congress to be Responsible for the Nation's currency was unconstitutional and was clearly reiterated on march 17, 1993 on the floor of the House of Representatives by James Traficant, Jr. (Ohio) addressing the House, it is recorded in the United States Congressional Record, Wednesday, March 17, 1993, vol. 33 page HI303:

"Mr. Speaker, we are here now in chapter 11, member of congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history. The U.S. Government," he further mentioned, "the U.S. attorney general the "permanent member" to the Secretariat of the Interpol operation and the Secretary of the Treasury, the "alternate permanent member" under article 30 of the constitution, and regulation of Interpol 22 USC 263 (a), the agents are required to renounce their allegiance to their respective countries and expatriate consequently, all "public servant" official, Congressmen, politician, Judges, attorney, law enforcement personnel, the states and their various agencies are express agents of the foreign principal. Private Municipal Corporation in behalf of the United States

A) A Federal Corporation title 28 U.S.C. Section 300(5) chapter 176 mentions in the United States is a Corporation 534 federal supplement 724.

This RICO enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable by a court of the United States. Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a counterfeited security of a State or political subdivision thereof or of an organization, or whoever makes, utters, or possesses a forged security of a state or political subdivision thereof, or organization with intent to deceive another person, organization, or government shall be fined not more than $250,000 or imprisoned not more than ten (10) years or both." Among securities defined at 18 USC sec 2311 is included: "evidence" of indebtedness, which in a broad sense may mean anything that is due and owing, which would include a duty, obligation, or right of action.

**Waiver of Contractual Right**

The failure of either party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that Party's right agreement. The Stephanie Ashley, shall not be deemed to have waived right under this agreement unless such waiver is given in writing and signed by the Petitioner. No delay or omission on the part of the Petitioner in exercising a right shall operate as waiver of such right or any other right. A waiver by the Petitioner of a provision of this agreement shall not prejudice or constitute a waiver of the Secured Party's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by Stephanie Ashley nor any course of dealing between Stephanie Ashley, and the Debtor OCWEN LOAN SERVICE, SELECT PORTFOLIO SERVICE, and NEW CENTURY MORTGAGE, FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE, shall constitute a waiver of the Secured Party's rights or of Debtor obligations under this agreement as to future Transactions, whenever the consent of is required under this Agreement, the granting of such consent by the Petitioner in one instance shall not constitute consent over the whole.

UCC 3-103 fraud, misrepresentation, duress, Estoppel, Bankruptcy, principal and agent law of

contract.

    UCC 3-103. Duty to act in good faith Requires honesty not dishonest/ reasonable Commercial Standard of fair Dealing.

    UCC 403. Filing Public Record or upon Acceptance by Filing offer.

    UCC 1-201 (11) offer/ consideration/ Acceptance

    UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.

**Payment of one billion dollars lawful money per day, U.S. $1,000,000,000.00**

| Nature of Crime | Damage Penalty | Authority of Damage |
|---|---|---|
| Fraud | $10,000.00 | $ 18USC 1001 |
| 13 counts theft of exemption | $5,000.00 | $ 18 USC 872 |
| from count 13 (felony) (18USC 2112) no | $250,000.00 | $18USC 3571, 3623 |
| Conspiracy | $10,000.00 | $18USC, 241 |
| Racketeering (Criminal) | $25,000.00 | $18USC, 1963 |
| Grand theft Larceny | $250,000.00 per day | $18 USC 872 |

    See attachment: Bill of Exchange upon default

    Subtotal amount, see attachment (A)

Racketeering (Civil Value) Whatever the actual damages are, that can be proven, multiplied by 3, triple the damages.

$10,000.00 x 3 = $ 18 USC, 1964

| | |
|---|---|
| 100 Constitutional Violations | |
| (Human Rights violation) | $9,250,000.00 |
| from count 2 | $ see attachment |
| partial table total | |
| Racketeering civil penalties | $ upon default, see exhibit of Bill of Exchange for said amount of One Million Five hundred thousand dollars. |

## Verification

I, Stephanie Ashley, attest and affirm that the above information mentioned in this affidavit of truth is True and correct to the best of my knowledge and belief. of the Respondents Outrageous Unethical Behavior in Business Practice who Falsely Declared to be International Creditors, and without a Judgment from the United States District Court to Cover up the Racial Discriminations Target of Minority Home Owner, and the Outrageous and Unethical Business Practice of a Insolvent Financial Institutions / Respondents Falsely Declaring to be International Banker Collecting on debt of the Bankruptcy of 1933 **and further CAVEAT Notice of Request of the California Attorney General or the United States Attorney General to Set and Schedule within 30 day and Grand Juries Investigation within 30 days of filing of this Information's/ Alien Tort Claim Act, A Special Grand Juries Investigation , Criminal Compliant on state court judge/ Commissioner A RIEMER /JOHN M.WHITE/ AND SUPERIOR COURT CHIEF CLERK OF THE COURT, wherefore the Subpoena of 1)** The Chief Executive Officer of Insolvent SELECT PORTFOLIO SERVICE, OCWEN LOAN SERVICE, AND NEW CENTURY MORTGAGE, FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL TRUST AND ASSOCIATE After Become Liable for the face Amount of the Instrument, see Section No.**2145 of the Bank Officer Handbook**, Uniform Commercial Code, United Nation Convention on International Bill of Exchange and International Promissory Note , See Section for Commercials & Protest By Notary Public of Insolvents Banks **Shall be subject to Alien Tort Claim Act.**

Henceforth Submitted

Dated: *Dec 11, 2007*

*Stephanie Ashley* (signature)

# UNITED STATES DISTRICT COURT
# SOUTHERN JUDICIAL DISTRICT

## DECLARATION OF SERVICE

I am over the age of 18 and I hereby attest and confirm that I personally served an Authorized Agent of
**USD COURT**
at their place of business known as **880 FRONT ST**, San Diego, CA 92101, and that I served the following documents:

**CRIMINAL COMPLAINT; Stephanie Ashley.**

To Proof of Service, I do hereby declare to be true and correct to the best of my knowledge and ability that I have served the party(s) named hereon with a true copy of the document within.

This 11TH Day Of December 2007

_____ Signature of Person Serving

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Stephanie Ashley
7107 Broadway
Lemon Grove, CA 91945

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

### DEFENDANTS
New Century Mortgage
P.O. Box [illegible]
Los Angeles, CA 90051

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**'07 CV 2319 JM LSP**

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights / ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 USC Racketeering Influenced & Corrupt Organization (RICO) Title 5 USC 1635c

Brief description of cause:
Violation of Regulation Z

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 12-11-07

SIGNATURE OF ATTORNEY OF RECORD: Stephanie Ashley

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____