Stephanie Ashley
PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER

PLACE OF CONFINEMENT
24056 Colmar Lane
Murrieta, CA 92562
ADDRESS

FILED

07 DEC 11 PM 2: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# United States District Court
## Southern District Of California

'07 CV 2319 JM LSP

Stephanie Ashley

Plaintiff/Petitioner/Movant

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY/
Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Stephanie Ashley, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☐ Yes ☒ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?         • Yes  • No
    Do you receive any payment from the institution?  • Yes  • No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? [X] Yes [ ] No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   $1,660.00

   FIS Tax Service
   3100 New York Dr.
   Pasadena, CA 91107

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment      [ ] Yes [X] No
   b. Rent payments, royalties interest or dividends     [ ] Yes [X] No
   c. Pensions, annuities or life insurance              [ ] Yes [X] No
   d. Disability or workers compensation                 [ ] Yes [X] No
   e. Social Security, disability or other welfare       [ ] Yes [X] No
   e. Gifts or inheritances                              [ ] Yes [X] No
   f. Spousal or child support                           [X] Yes [ ] No
   g. Any other sources                                  [ ] Yes [X] No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   $325.00 - Ed McCarthy

4. Do you have any checking account(s)? [X] Yes [ ] No
   a. Name(s) and address(es) of bank(s) Union Bank
   b. Present balance in account(s): $25.00

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? [ ] Yes [X] No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? [X] Yes [ ] No
   a. Make: BMW   Year 1989   Model: 325i
   b. Is it financed? [ ] Yes [X] No
   c. If so, what is the amount owed? _____

CIV-67 (Rev. 9/97)

-2-

::ODMA\PCDOCS\WORDPERFECT\22835\1

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Emily McCarthy - 100%

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   NONE

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    NONE

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.
    NONE

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/10/07
DATE

_Stephen Ashley_
SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)                           -3-                  ::ODMA\PCDOCS\WORDPERFECT\22835\1