# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ASHLEY,<br><br>                              Plaintiff,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                             Defendant. | CASE NO. 07 CV 2319 JM (LSP)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff, a non-prisoner proceeding pro se, moves to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. Plaintiff states that she has one dependent, receives $325 per month in spousal or child support, has a checking account with a balance of $25, and owns a 1989 BMW. She has no other significant assets. Plaintiff also states that she is currently employed at FIS Tax Service. She fails, however, to state the pay period over which she earns $1,660 in take-home salary or wages. Consequently, the court cannot determine whether Plaintiff qualifies for IFP status. The court therefore denies Plaintiff's motion without prejudice to a further showing regarding the pay period over which she earns her employment income.

**IT IS SO ORDERED.**

DATED: January 2, 2008

                                                      Hon. Jeffrey T. Miller
                                                      United States District Judge

cc:        All parties