# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ASHLEY,<br><br>                        Plaintiff,<br>  vs.<br>OCWEN LOAN SERVICE, et al.,<br><br>                        Defendant. | CASE NO. 07 CV 2319<br><br>**ORDER TO SHOW CAUSE** |

The court hereby **ORDERS** Plaintiff to show cause why this action should not be dismissed for want of prosecution under Civil Local Rule 41.1, which provides that actions or proceedings which have been pending in this court for more than six months, without any proceeding having been taken therein during such period, may be dismissed by the court without prejudice, unless otherwise ordered. This matter will be heard on **September 26, 2008, at 1:30 p.m. in Courtroom 16**.

**IT IS SO ORDERED.**

DATED: August 28, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

- 1 -                                                                       07cv2319